```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                       MIAMI DIVISION
                CASE NO. 08-20421-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

JUAN JAM ALVAREZ,

       Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Edwin G. Torres, on September 5, 2008. A Report and Recommendation filed on September 25, 2008 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Edwin G. Torres, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Counts One through Seven of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of December, 2008.

                                                _____
                                                DONALD L. GRAHAM
                                                UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Edwin G. Torres
        Christopher Clark, AUSA
        Hector Dopico, AFPD
```